No. 94–6811.   BROWN *v.* NOBLES.   C. A. 6th Cir.   Certiorari denied.

No. 94–6812.   BURLEY *v.* MCDONNELL DOUGLAS HELICOPTER CO.   C. A. 9th Cir.   Certiorari denied.

No. 94–6813.   GOSSAGE *v.* BARBOUR, SUPERINTENDENT, TWIN RIVERS CORRECTIONS CENTER; and THELAN *v.* BARBOUR, SUPERINTENDENT, TWIN RIVERS CORRECTIONS CENTER.   Ct. App. Wash.   Certiorari denied.

No. 94–6814.   WISE *v.* MISSOURI.   Sup. Ct. Mo.   Certiorari denied.

No. 94–6816.   HESS ET AL. *v.* HARDEN ET AL.   C. A. 5th Cir. Certiorari denied.

No. 94–6819.   HILL *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 94–6820.   FINKEL *v.* NEW YORK CITY HOUSING AUTHORITY.   C. A. 2d Cir.   Certiorari denied.

No. 94–6824.   MILLER *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 94–6825.   WILLIAMS *v.* BORG & WARNER AUTOMOTIVE ELECTRONICS & MECHANICAL SYSTEM CORP.   C. A. 8th Cir. Certiorari denied.

No. 94–6826.   HOLIDAY *v.* GILMORE, WARDEN.   C. A. 7th Cir. Certiorari denied.

No. 94–6832.   COTTON *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 4th Jud. Dept.   Certiorari denied.

No. 94–6835.   GRISSO *v.* NEW MADRID COUNTY, MISSOURI, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 94–6836.   SIZEMORE *v.* TURNER, WARDEN.   C. A. 7th Cir. Certiorari denied.